IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KRYSTAL M. INGRAM**                                                                                **PLAINTIFF**

v.                                                                                  **CAUSE NO. 3:16-CV-210-NBB-RP**

**EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.**                                                                                  **DEFENDANTS**

## ORDER

On October 12, 2017, the undersigned held a teleconference with the parties to discuss a discovery dispute relating to Plaintiff Krystal M. Ingram's responses to discovery requests propounded by the United States Department of Education (Docket 87) and Plaintiff's deposition noticed on September 7, 2017 (Docket 110) and set for Monday, October 16, 2017.

After discussion with counsel for the parties, the Court orders as follows. Plaintiff Krystal Ingram is ordered to sit for the deposition noticed by Defendant Experian Information Solutions, Inc. and set for October 16, 2017 at 10:00 a.m. at the offices of Upshaw, Williams, Biggers & Beckham, LLP in Hernando, Mississippi. Docket 110. Defendants reserve the right to reconvene Plaintiff's deposition upon receipt of Plaintiff's written discovery responses, which are due no later than October 23, 2017. Counsel for Defendants have until November 3, 2017, to notify counsel for Plaintiff as to whether any Defendant wishes to reconvene Plaintiff's deposition at a mutually agreeable time.

**SO ORDERED** this the 13th day of October, 2017.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE